IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **IGNACIO GARCIA,** § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:14-CV-357-L** |
| § | |
| **UNITED STATES OF AMERICA**, § | |
| § | |
| Respondent. § | |

# **ORDER**

Before the court is the Motion to Dismiss, or in the Alternative, Motion for Summary Judgment on Petitioner's Motion for Return of Property (Doc. 14), filed April 18, 2014. This case was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 30, 2015, recommending that the court grant Respondent's Motion for Summary Judgment on Petitioner's Motion for Return of Property and dismiss with prejudice this action. No objections to the Report were filed.

Having reviewed the motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Respondent's Motion for Summary Judgment on Petitioner's Motion for Return of Property (Doc. 14) and **dismisses with prejudice** this action. The court's determination as to Respondent's Motion for Summary Judgment on Petitioner's Motion for Return of Property **moots** Respondent's Motion to Dismiss, which the court **denies as moot.**

Order – Page 1

The court **certifies** that any appeal of this action would not be taken in good faith and **denies** a certificate of appealability. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would therefore be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

**It is so ordered** this 24th day of February, 2015.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge